

# Summons
## Collection Information Statement

In the matter of  STEVEN R HOLDER, 1211 MT HERMON RD, MIDLOTHIAN, VA 23112-5605
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 3 (23)
Periods:  Form 1040 for the calendar periods ending December 31, 2005, December 31, 2006, December 31, 2007 and December 31, 2008

The Commissioner of Internal Revenue

To: STEVEN R HOLDER
At: 1211 MT HERMON RD, MIDLOTHIAN, VA 23112-5605

You are hereby summoned and required to appear before NAZIH S BAZZI, an Internal Revenue Service *(IRS)* officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2009  To 04/30/2010

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:
400 NORTH EIGHTH STREET, ROOM 860, RICHMOND  VA 23219  (804) 916-8122
Place and time for appearance: At  400 NORTH EIGHTH STREET, ROOM 860, RICHMOND, VA 23219

on the  28th  day of  May , 2010 at  9:00  o'clock  a  m.

**IRS**  Issued under authority of the Internal Revenue Code this  11th  day of May , 2010

Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev. 10-2006)
Catalog Number 25000Q

NAZIH S BAZZI
Signature of issuing officer

Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

Title

Exhibit 1

Original -- to be kept by IR



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 05-12-2010 | 8:00 A.M |

**How Summons Was Served**

☒ I handed an attested copy of the summons to the person to whom it was directed.
Mr. Steven Holder at 1211 Mt Hermon Rd
Midlothian 23112

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):
_____
_____

| Signature | Title |
|---|---|
| N3h P3/1 | R3 |

I certify that the copy of the summons served contained the required certification.

| Signature | Title |
|---|---|
| N3h P3/1 | R3 |

Catalog No. 25000Q

Form 6637 (Rev. 10-2006)