IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>STEVEN R. HOLDER,<br><br>Respondent. | Civil No. 3:10-cv-627 |

## UNITED STATES' MOTION FOR ORDER TO SHOW CAUSE

The United States of America, by counsel, moves the Court for an Order requiring the respondent to show cause why he should not be required to obey the Internal Revenue Service summons served upon him on May 12, 2010.

/ / / /

/ / / /

/ / / /

In support of this Motion, the petitioner refers to the Petition to Enforce Internal Revenue Service Summons, the Declaration of Nazih Bazzi, and the Memorandum in Support filed herewith.

DATED: September 2, 2010.

          Respectfully submitted,

          NEIL H. MACBRIDE
          United States Attorney

By: */s/ Robert P. McIntosh*
Robert P. McIntosh
Virginia Bar Number 66113
Attorney for the United States of America
United States Attorney's Office
600 East Main Street, Suite 1800
Richmond, Virginia 23219
Telephone: (804) 819-5400
Facsimile: (804) 819-7417
Email: Robert.McIntosh@usdoj.gov