**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Civil No. 3:10-cv-627** |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **STEVEN R. HOLDER,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## ORDER TO SHOW CAUSE

Upon consideration of the United States' Petition to Enforce Internal Revenue Service Summons ("Petition"), the Motion for Order to Show Cause ("Motion"), Memorandum in Support, and the Declaration of Revenue Officer Nazih Bazzi ("Declaration"), it is hereby:

ORDERED that copies of this Order, together with the Petition, Motion, Memorandum in Support, and Declaration be served upon the respondent, Steven R. Holder in accordance with Rule 4(e), Fed. R. Civ. P., on or before the ____ day of _____, 2010; it is further

ORDERED that within fourteen (14) calendar days of service of copies of this Order, the Petition, Motion, and Declaration upon him, the respondent may file and serve a written response to the Petition, supported by appropriate affidavit(s), as well as any motions he desires to make; it is further

ORDERED that only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) will be considered upon the return date of this Order at the hearing scheduled below, and that any allegations in the Petition not contested by


RECEIVED
SEP - 2 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

affidavit(s) will be considered as admitted for the purpose of this enforcement proceeding. Any affidavit(s) in opposition to the Petition or in support of any response shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein, and any affidavit or declaration failing to comply with this standard shall not be considered by this Court; it is further

ORDERED that the respondent shall appear before the United States District Court for the Eastern District of Virginia, at the Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse located at 701 East Broad Street, Richmond, Virginia, in Courtroom

_____, on the _____ day of _____, 2010, at ____:_____ __.m., to show cause why he should not be compelled to obey the summons issued to, and served upon him on May 11, 2010, and May 12, 2010, respectively; it is further

ORDERED that, if the respondent has no objection to the entry of an order directing compliance with the summons, he shall serve and file a statement to such effect no later than five (5) days before the date of the hearing, and the Clerk of the Court will enter an order directing the respondent's compliance with the Internal Revenue Service's summons issued to him on May 11, 2010, and served upon him on May 12, 2010.

DONE at Richmond, Virginia this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

- 2 -